

**Transferred case has been opened**
ECF-CAND    to: interdistricttransfer_txwd    11/07/2013 04:43 PM

From: ECF-CAND@cand.uscourts.gov
To: interdistricttransfer_txwd@txwd.uscourts.gov

CASE: 1:13-cv-00667

DETAILS: Case transferred from Texas Western has been opened in California Northern District as case 3:13-cv-05191, filed 11/07/2013.